**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00730-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JONATHANDAVID D. SCHMIER, and
TRISTA ANNE SCHMIER,

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION CORP.,

      Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

      Plaintiffs have submitted a Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the Complaint is deficient as

described in this order.  Plaintiffs will be directed to cure the following if they wish to

pursue their claims.  Any papers that Plaintiffs file in response to this order must include

the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   xx     is not submitted (underline)each Plaintiff must submit an individual motion(/underline))
(2)   __     is not on proper form (must use the court's current nonprisoner form)
(3)   __     is missing original signature by plaintiff/petitioner/applicant
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   __     affidavit is not notarized or is not properly notarized
(7)   __     names in caption do not match names in caption of complaint, petition or
                   application
(8)   xx     other: motions are necessary only if $350.00 filing fee is not paid.

**Complaint or Petition**:

(9)  __  is not submitted
(10)  __  is not on proper form (must use the court's current form)
(11)  xx  is missing an original signature of each plaintiff
(12)  __  is incomplete
(13)  __  uses et al. instead of listing all parties in caption
(14)  __  names in caption do not match names in text
(15)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __  other _____

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that any Plaintiff who fails to cure the designated deficiencies **within thirty (30) days from the date of this order** will be dismissed as a party to this action without further notice.  The dismissal shall be without prejudice.

DATED March 21, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge