IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00730-LTB

JONATHANDAVID D. SCHMIER, and
TRISTA ANNE SCHMIER,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION CORP.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 25 day of April, 2013.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk


                              By: s/ S. Grimm
                                  Deputy Clerk